IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALLAN DEAN OWENS,

    Plaintiff,

v.

P. CHAMBERLAIN, et al.

    Defendants.

ORDER

Case No. 20-cv-33-jdp

This case was closed after the court did not receive plaintiff's $45.39 initial partial filing fee payment by the May 29, 2020 deadline. Now, plaintiff has filed a motion for leave to proceed without prepayment of the fee and a recent six-month trust fund account statement. I construe plaintiff to request to have the initial partial payment re-assessed and this case reopened. Using information from plaintiff's recent trust fund account statement, I re-calculate plaintiff's initial partial filing fee to be $32.05.

If plaintiff does not have enough money to pay the initial partial payment from his regular account, plaintiff should arrange with prison authorities to pay the initial partial from plaintiff's release account.

ORDER

IT IS ORDERED that plaintiff Allan Dean Owens may have until February 8, 2021 to submit a check or money order made payable to the clerk of court in the amount of $32.05 as the initial partial payment assessed in this case. If plaintiff complies with this deadline,

2

plaintiff's case will be reopened and screened on the merits pursuant to 28 U.S.C. § 1915(e)(2). Otherwise, this case will remain closed.

        Entered this 14th day of January, 2021.

                BY THE COURT:

                /s/
                PETER OPPENEER
                Magistrate Judge